**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number (*if known*) _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Marine Environmental Remediation Group LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1057870** |
| 4. | **Debtor's address** | **Principal place of business**<br>**12 Hillcrest Road**<br>**Mountain Lakes, NJ 07046-1327**<br>Number, Street, City, State & ZIP Code<br><br>**Morris**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**Pier 3 Roosevelt Roads Ceiba, PR 00735**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.mergroupllc.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Marine Environmental Remediation Group LLC**　　　　Case number (*if known*)
　　　　Name

7. **Describe debtor's business**   A. *Check one:*

　　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
　　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
　　☐ Railroad (as defined in 11 U.S.C. § 101(44))
　　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
　　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
　　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
　　■ None of the above

　　B. *Check all that apply*
　　☐ Tax-exempt entity (as described in 26 U.S.C. §501)
　　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
　　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　　See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__3366__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **MER Group Puerto Rico LLC**　　　Relationship **Affiliate**
District **New Jersey**　　When **5/01/19**　　Case number, if known _____

Debtor **Marine Environmental Remediation Group LLC** _____ Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49        ☐ 1,000-5,000         ☐ 25,001-50,000<br>☐ 50-99       ☐ 5001-10,000         ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000       ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000              ■ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000              ■ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

Debtor    **Marine Environmental Remediation Group LLC**                                    Case number (*if known*)
             Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/01/2019**
               MM / DD / YYYY

X    _/s/ Martin Vulaj_                                        **Martin Vulaj**
     Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X    **/s/ Schuyler G. Carroll**                               Date    **05/01/2019**
     Signature of attorney for debtor                                  MM / DD / YYYY

**Schuyler G. Carroll**
Printed name

**Perkins Coie LLP**
Firm name

**30 Rockefeller Plaza**
**22nd Floor**
**New York, NY 10112-0085**
Number, Street, City, State & ZIP Code

Contact phone    **212-262-6900**       Email address    **scarroll@perkinscoie.com**

**2511707 NY**
Bar number and State

         -AND-

**Jeffrey D. Vanacore**
Printed name

**Perkins Coie LLP**
Firm name

**30 Rockefeller Plaza**
**22nd Floor**
**New York, NY 10112-0085**
Number, Street, City, State & ZIP Code

Contact phone    **212-262-6900**       Email address    **jvanacore@perkinscoie.com**

**015632002 NJ**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Fill in this information to identify the case:

Debtor name: **Marine Environmental Remediation Group LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AKA Electrical Engineering & Contractors<br>R973 Barrio Mariana Rr 3<br>Naguabo, PR 00718 | | | | | | $5,688.00 |
| Atlantic Marine Associates<br>24 Whitehall Street, 31st Floor<br>New York, NY 10004 | | | | | | $83,429.40 |
| BDO Puerto Rico, P.S.C.<br>1302 Avenida Juan Ponce de Leon<br>San Juan, PR 00907 | | | | | | $29,956.43 |
| Corporacion del Fondo del Seguro del Estado<br>Bo. Juan Sanchez PR #2, KM 8.5<br>Bayamon, PR 00960 | | | | | | $271,041.06 |
| Deb Metals & Trade, Inc. | | | | | | $5,781.95 |
| Eagle Industries of LA, Inc.<br>5531 River Road<br>New Orleans, LA 70123 | | | | | | $6,389.32 |
| EC Waste<br>Carretera #923 KM 2.5<br>Barrio, PR 00791 | | | | | | $8,393.82 |

Debtor **Marine Environmental Remediation Group LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Edge Legal Strategies, PSC**<br>252 Ponce de Leon Ave<br>Citibank Tower, 12 Floor<br>San Juan, PR 00918 | | | | | | $27,305.92 |
| **Kevane Grant Thornton**<br>33 Calle Bolivia #400<br>San Juan, PR 00917 | | | | | | $23,153.79 |
| **Local Redevelopment Authority**<br>Fomento Building<br>355 F.D. Roosevelt Ave., Office 106<br>Hato Rey, PR 00918 | | | | | | $295,779.82 |
| **McAllister Towing of Charleston, Inc.**<br>1120 North Port Drive<br>North Charleston, SC 29405 | | | | | | $8,250.00 |
| **Merlin Law Group**<br>530 Ave. de la Constitucion<br>San Juan, PR 00901 | | | | | | $6,120.00 |
| **Praxair**<br>PR 189<br>Gurabo, PR 00778 | | | | | | $87,643.61 |
| **Ranjan O. Bose**<br>11 Barton Road<br>Mountain Lakes, NJ 07046 | | | | | | $6,000.00 |
| **RIMCO CAT**<br>Km 3.7 Expreso John F. Kennedy<br>San Juan, PR 00920 | | | | | | $17,891.62 |
| **Royal 2000 Renting & Leasing Corp.**<br>Ave. 65 Infantry, KM 5<br>Rio Piedras, PR 00924 | | | | | | $10,090.00 |
| **South PR Towing & Boat Service, Inc.**<br>Bahia<br>Ponce, PR 00716 | | | | | | $27,400.00 |

Debtor **Marine Environmental Remediation Group LLC**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **St James Security Services LLC**<br>**St James Building**<br>**1604 Ave. Ponce de Leon**<br>**San Juan, PR 00926** | | | | | | $44,054.97 |
| **Tropigas**<br>**Luchetti Industrial Park**<br>**180 Calle A**<br>**Bayamon, PR 00961** | | | | | | $6,762.66 |
| **Yogesh Rehani**<br>**5935 Logans Way, Unit 2**<br>**Ellicott City, MD 21043** | | | | | | $13,930.25 |

# United States Bankruptcy Court
## District of New Jersey

In re **Marine Environmental Remediation Group LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lawrence Kahn** | Common Equity | 3.2% | |
| **Maritime Equities LLC** | Common Equity | 96.8% | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **05/01/2019**              Signature  *[signed]*  
**Martin Vulaj**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re   **Marine Environmental Remediation Group LLC**   Case No.
Debtor(s)   Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Marine Environmental Remediation Group LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Maritime Equities LLC**

☐ None [*Check if applicable*]

| | |
|---|---|
| **05/01/2019** | **/s/ Schuyler G. Carroll** |
| Date | **Schuyler G. Carroll** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Marine Environmental Remediation Group LLC** |
| | **Perkins Coie LLP - New York** |
| | **30 Rockefeller Plaza** |
| | **22nd Floor** |
| | **New York, NY 10112-0085** |
| | **212-262-6900 Fax:212-977-1649** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Marine Environmental Remediation Group LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Petition, List of Equity Holders, Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/01/2019        X  *[signature]*
                                    Signature of individual signing on behalf of debtor

                                    **Martin Vulaj**
                                    Printed name

                                    **Chief Executive Officer**
                                    Position or relationship to debtor