UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PERKINS COIE LLP
Schuyler G. Carroll
Jeffrey D. Vanacore
30 Rockefeller Plaza, 22nd Floor
New York, NY  10112-0085
Telephone: 212.262.6900
scarroll@perkinscoie.com
jvanacore@perkinscoie.com

Proposed Counsel to the Debtors
and Debtors-in-Possession

**Order Filed on May 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Marine Environmental Remediation Group LLC, and
MER Group Puerto Rico LLC,

                                    Debtors.

| | |
|---|---|
| Case No.: | 19-18994 |
| Adv. No.: | |
| Chapter: | 11 |
| Judge: | Vincent F. Papalia |

(Joint Administration Requested)

**ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is **ORDERED**.

**DATED: May 21, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that _____ Schuyler G. Carroll _____ be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt.  Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J.  L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further  ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Marine Environmental Remediation Group L
      Debtor

Case No. 19-18994-VFP
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin       Page 1 of 1       Date Rcvd: May 22, 2019
                  Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db             Marine Environmental Remediation Group LLC,   Pier 3 Roosevelt Roads,   Ceiba, PR  00735
aty          +Schuyler G. Carroll,   Perkins Coie, LLP,   30 Rockefeller Plaza,   22nd Floor,
             New York, NY 10112-2299

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
       Anthony  Sodono, III   on behalf of Interested Party Anthony  Sodono, III asodono@msbnj.com
       Brian Thomas Crowley   on behalf of Other Prof. Brian T. Crowley bcrowley@mchfirm.com,
       bcrowley@mcdonnellcrowley.com
       Fran B. Steele   on behalf of U.S. Trustee   U.S. Trustee Fran.B.Steele@usdoj.gov
       Jeffrey  Vanacore   on behalf of Debtor   MER Group Puerto Rico LLC JVanacore@perkinscoie.com,
       DocketNYC@perkinscoie.com;scarroll@perkinscoie.com;tina-carbone-6181@ecf.pacerpro.com;nvargas@per
       kinscoie.com
       Jeffrey  Vanacore   on behalf of Debtor   Marine Environmental Remediation Group LLC
       JVanacore@perkinscoie.com,
       DocketNYC@perkinscoie.com;scarroll@perkinscoie.com;tina-carbone-6181@ecf.pacerpro.com;nvargas@per
       kinscoie.com
       John M. McDonnell   jmcdonnell@mchfirm.com
       John Michael McDonnell   on behalf of Other Prof. John M. McDonnell jmcdonnell@mchfirm.com,
       NJ95@ecfcbis.com,bcrowley@mchfirm.com
       U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                           TOTAL: 8