**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

PERKINS COIE LLP
Schuyler G. Carroll (pro hac vice pending)
Jeffrey D. Vanacore
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112-0085
Telephone: 212.262.6900

Order Filed on May 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARINE ENVIRONMENTAL REMEDIATION GROUP LLC, et al.

Debtors.

| | |
|---|---|
| Case Number: | 19-18994-VFP |
| Hearing Date: | May 16, 2019 |
| Judge: | Vincent F. Papalia |
| Chapter: | 11 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 22, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑   Granted.  The deadline to file schedules is extended to _____June 4, 2019*_____.

☐   Denied.

*without prejudice to Debtor's right to seek a further extension.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-18994-VFP
Marine Environmental Remediation Group L                                        Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: May 22, 2019
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db             Marine Environmental Remediation Group LLC,    Pier 3 Roosevelt Roads,   Ceiba, PR  00735
aty           +Schuyler G. Carroll,    Perkins Coie, LLP,   30 Rockefeller Plaza,   22nd Floor,
               New York, NY 10112-2299

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
              Anthony Sodono, III    on behalf of Interested Party Anthony  Sodono, III asodono@msbnj.com
              Brian Thomas Crowley    on behalf of Other Prof. Brian T. Crowley bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              Fran B. Steele    on behalf of U.S. Trustee    U.S. Trustee Fran.B.Steele@usdoj.gov
              Jeffrey  Vanacore    on behalf of Debtor    MER Group Puerto Rico LLC JVanacore@perkinscoie.com,
               DocketNYC@perkinscoie.com;scarroll@perkinscoie.com;tina-carbone-6181@ecf.pacerpro.com;nvargas@per
               kinscoie.com
              Jeffrey  Vanacore    on behalf of Debtor    Marine Environmental Remediation Group LLC
               JVanacore@perkinscoie.com,
               DocketNYC@perkinscoie.com;scarroll@perkinscoie.com;tina-carbone-6181@ecf.pacerpro.com;nvargas@per
               kinscoie.com
              John M. McDonnell    jmcdonnell@mchfirm.com
              John Michael McDonnell    on behalf of Other Prof. John M. McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8